**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61552-CIV-ALTONAGA/Reid**

**RONALDO JOSE POLANCO**
**GONZALEZ**,

      Petitioner,

v.

**TAE JOHNSON, ACTING**
**DIRECTOR, U.S. IMMIGRATION &**
**CUSTOMS ENFORCEMENT**, *et al.*,

      Respondents.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court *sua sponte*. On May 26, 2026, the Clerk docketed *pro se* Petitioner, Ronaldo Jose Polanco Gonzalez's Petition for Writ of Habeas Corpus [ECF No. 1], challenging his detention at the Broward Transitional Center in Pompano Beach, Florida. (*See generally id.*).

Being fully advised, it is

**ORDERED** as follows:

1. Counsel for Respondents shall notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. On or before **June 1, 2026**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

CASE NO. 26-61552-CIV-ALTONAGA/Reid

       3.      Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

       4.      Petitioner may, but is not required to, file a reply within **7 days** after Respondents file the response.

       5.      Petitioner's Emergency Motion to Expedite Consideration **[ECF No. 3]** is **DENIED as unnecessary**.[1]

      **DONE AND ORDERED** in Miami, Florida, this 27th day of May, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner improperly labeled his request an emergency. Local Rule 7.1(d) of the United States District Court for the Southern District of Florida requires a party filing an emergency motion to certify that the motion "in fact presents a true emergency" and "requires an immediate ruling because the Court would not be able to provide meaningful relief . . . after the expiration of seven days." S.D. Fla. L.R. 7.1(d)(1) (alteration added). Petitioner did not so certify. (*See generally* Emergency Mot. to Expedite Consideration).